## MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00247-HG-RT |
| CASE NAME: | Tangee Renee Lazarus v. Hakim Ouansufi, et al. |
| ATTY FOR PLA: | Tangee Renee Lazarus* (*pro se*) |
| ATTY FOR DEFTS: | John Cregor* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T (SEALED) |
| DATE: | 10/08/2021 | TIME: | 1:30-2:00 p.m. |

COURT ACTION:  EP: FURTHER CONFIDENTIAL TELEPHONIC SETTLEMENT CONFERENCE and TELEPHONIC SETTLEMENT ON THE RECORD held.

Klement Urbamc*, Defendant representative, participated by telephone.

Discussion had.  Settlement reached.

**Settlement On The Record**:

Court recited the **material and essential** terms of the settlement.

Mr. Cregor provided further clarification.

Parties, individually and through counsel, **confirmed and consented** to the settlement terms as recited and clarified by counsel.

Court finds the essential terms of a **valid and binding settlement agreement** have been set forth.

Settlement terms subject to approval by Hawaiian Housing Authority Board.

**Stipulated Dismissal With Prejudice** to be prepared and executed by 11/8/2021.  Executed stipulation to dismiss to

be held by Defendant and submitted to District Judge Gillmor upon Plaintiff's acceptance of, and relocation to, replacement apartment unit, and proceeds tendered to Plaintiff.  Stipulation to dismiss to be submitted to [Gillmor_Orders@hid.uscourts.gov](mailto:Gillmor_Orders@hid.uscourts.gov).

Trial date and all further deadlines and court dates remain pending submission of the stipulation to dismiss.

Confidential Telephone Conference set for 12/17/2021 at 1:00 p.m. before Magistrate Judge Trader.  Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference/hearing.  Call-in instructions are below:

1. Dial  1-888-363-4735
2. Enter Access Code 2070326.

Should the stipulation to dismiss be received prior, the Court will vacate this conference.

Court to retain jurisdiction for limited time period to effectuate settlement.  *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994).

*Submitted by: Lian Abernathy, Courtroom Manager*