# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TANGEE RENEE LAZARUS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 21-00247 HG-RT |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STEPHANIE FO; IOANE AH SAM, | November 21, 2023 |
| Defendants. | At 4 o'clock and 30 min p.m.<br>LUCY H. CARRILLO, CLERK |

[✓]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants Stephanie Fo and Ioane Ah Sam, pursuant to the "Special Verdict Form", filed November 20, 2023, ECF No. 141.

| | |
|---|---|
| November 21, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |